IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-58 |
| | ) | PHILLIPS/GUYTON |
| DAVID R. GINSBERG | ) | |

## O R D E R

On the petition of the United States of America by Harry S. Mattice, Jr., United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff of the Knox County Jail, to bring David R. Ginsberg (date of birth 10/20/1953), before this Court at Knoxville, Tennessee, on June 20, 2005, at 9:00 a.m., for Initial Appearance, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter be returned to said Knox County Jail.

And it is further ordered that in the event the Sheriff of said Knox County Jail, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to receive said David R. Ginsberg (date of birth 10/20/1953), into his custody and transport him to and from said Knox County Jail, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

                    s/ H. Bruce Guyton
United States Magistrate Judge