UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:05-CR-58 |
| V. | ) | (PHILLIPS/GUYTON) |
| | ) | |
| DAVID R. GINSBERG | ) | |

ORDER

The Court finds after review of the defendant's sworn Financial Affidavit , that defendant, **David R. Ginsberg,** does not have the funds to retain an attorney of his choice and that the defendant wants to be represented by counsel.

Accordingly, I find that the defendant qualifies for appointment of counsel and it is **ORDERED** the following counsel will be appointed to represent the defendant:

**Theodore R. Kern**
**602 South Gay Street, Suite 800**
**Knoxville, TN 37902**
**Telephone: (865) 291-0920**
**FAX:   (865) 524-9708**

ENTER:

　　s/ H. Bruce Guyton
United States Magistrate Judge