**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | No. 3:04-CR-58 |
| ) | (Phillips) |
| **DAVID R. GINSBERG** ) | |

### ORDER

This matter came before the court on February 7, 2006, on the motion to withdraw filed by Ted Kern, counsel for defendant. Mr. Kern stated that his relationship with defendant has deteriorated to the point that he cannot continue to represent defendant in this proceeding. The government has no objection to continuing the sentencing hearing in this case to allow new counsel to be appointed for defendant.

Accordingly, for the good cause stated, Mr. Kern's motion to withdraw [Doc. 21] is **GRANTED**.

This matter is referred to the Honorable H. Bruce Guyton, United States Magistrate Judge, for the appointment of new counsel for defendant.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge